**Order entered May 14, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-00178-CR

**JEFFREY KING, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Criminal Court No. 9
Dallas County, Texas
Trial Court Cause No. 10-13223**

## ORDER

Appellant's May 9, 2013 motion for a second extension of time to file appellant's brief is **GRANTED**. The time to file appellant's brief is **EXTENDED** to **THIRTY DAYS** from the date of this order. The Court will not grant any further extensions. If appellant does not file his brief within the extended time period, the appeal will be abated for a hearing in the trial court.

/s/    LANA MYERS
       JUSTICE